Your Honor,

 My name is Senan Atou I was born on January 23 1983 in a small village in northern Iraq. I have 3 brothers and 2 sisters and all of them are married I'm the only one that supports my mom now. In the beginning of 1991 my dad wanted to leave the country so we can all have a better life in future. My dad served 17 years as a Iraqi soldier, my mom basically raise 6 children on her own because my dad only had a one time visit home a week so in my childhood we barely see him. In late 91 my whole family left Iraq due to the gulf war . I was 8 years old at that time I didn't attend school because at that time Muslim's would kidnap Christian kids and held them for money , Muslims knew they would have relatives in America. When we left Iraq my dads goal was to come to America. We took a bus to Jordan a 7 hour drive, we lived in a small house with few relatives that they had also left Iraq for same reasons. We stayed in Jordan for 1 year my dad found him a job as a tailor he was a hard working man ever since he 14 years old even though my uncle in America supported him. Then we left Jordan and flew to Turkey, Istanbul  legally . On our first day in Turkey our relatives picked us up from the airport we also lived with the relatives in apartment basement for 1 year, in that time there was a visa to go to America to those who qualify . So my dad applied 2 months later we were being interviewed and we got denied by the Turkey immigrations. Our other option was to cross the Turkey border and make it into Athens, Greece , so we finally had no choice but go ahead and do that . we end up walking 9 hours throw mountains, farm lands, at night . So we finally made to Greece , my oldest brother was in Greece before us because he left Iraq 2 months before us , he had rented a 1 bedroom apartment he picked us up from this train station and went home. I attended school in Greece for 1 year I was in a track team I won in first place. My dad again applied for the visa and we prayed every night for the 1 and half year period that we were there to get the ok for the visa , finally the interview came and we sat in a room at the American embassy the interview went well then the lady who was interviewing us said ok your on your way to America and we all stared crying from how happy my family was. A month later we were on plane. What I think about America there is a lot of opportunities, it's a place where your not scared, there are laws, freedom, rights. America is a wonderful country ,its a place where you cant complain about anything.

We lived in oak park that's where my life started to begin I attended Lessenger elementary school I was in 4th grade , passed to 5th grade I now learned a little English I graduate elementary school to middle school I attended 6th grade in that same year I was double promoted , so I was on my way to high school at the age of 13 . One year after I kind of realized school was not going  right for me . So I started 10th grade and I just gave up on it, I dropt out at 15 . My brothers and sisters were all working to support our family.
I stared working in a small convenience store that was across the street from where I lived,  my job was to keep the coolers full, do empty bottles , sweep and mop . I work's there for 2 years 5 days a week 9 hours a day.
My second job was at this pizzeria shop 3 blocks away from where I lived I learned the trade 1 year later ,my boss trusted me he even gave me the keys to open 3 times a week alone I worked 6 days a week I was putting 75 hours a week  worked there for nearly six

years.

My sister and I opened a small tailor shop in Port Huron Mi, in mall in 2004 I learn the trade by going to my brothers shop in flint Michigan I learned within a 1 year the basic work. she got married in 2006 I ended up working alone till this day I'm working there.

My goal and aspirations was to be a commercial flight pilot, when we first left Jordan to Turkey we got on the plain yea it was scary and fun , i told my self it would be so cool to learn how to fly people all around the world. How can someone create this big pieces of steel and make it fly. That's when I felt in love of being a pilot when grew up
The incident that had put my life in a garbage can, how it all started well I started working part time at my friends party store at that time his brother was ill so I went and help him out a month later . One day he approached me and told me I really need a favor from u and I said what is , he said I want you to cross the border and go see this guy who is going to give you some drugs and bring them back to me I only had 5 minutes to think it over , I swear I never thought about what if I get caught what I was going to do or what would happen and I didn't even know how much I was going to get paid it just happened so fast that I didn't think twice about  not doing it . Well I left the store and I was on my way to cross the Detroit tunnel to Canada , he told me once you cross call me and I will let you know where to go so I did , I ended up meeting with the person who put the drugs under my seat known as extasy . It was my first time going across the border and bringing drugs in, I am not that type of person to do this crime that I committed ever in my life so on my way back to the tunnel I was stopped by the USA customs upon my search they had found the drugs and was arrested 3 hours later I was being questioned by the drug enforcement team I told them everything what had happen 1 hour later I was released I was very scared about what just happened  I lost my car that day

 I got a lawyer I told him what had happened to me so he took the case he told me the time I would be serving time, I couldn't believe what he was telling me what have I done to my self . 3 months later the drug enforcement team had gave a option me to cooperated more and I took it, we sat there for maybe 1 hour I didn't refuse not one question from them I just wanted to myself from the incident I told them  exactly what  I did on that day.

They didn't have enough information they wanted from me that hurts me a lot because I only did it one time only one time so for them wasn't enough. They had ask me to do a polygraph test and I accepted it . A month later I did the polygraph at the sterling heights police department the reason why I failed to certain questions not because I was hiding something but because I was being threatened by others claiming they hurt me and my family .
My current situation is: I work every day at my sisters shop, It's very hard to try and work with all the stress of this case on my mind, sometimes I have nightmares of me being in prison, I wake up from the nightmares completely wet with sweat, I do not hang out with any of My  friends anymore, They are not important to me now, I am currently engaged to my long time girlfriend, I think about what is going to happen to my mom if i go to prison

because she can not drive and doesn't speak English so it's very hard for her to communicate with anyone, My mom & I live together, She is 59 yrs. Old & emotionally depressed due to the fact that My father had past away & with my sentencing date approaching  she is very scared because she doesn't know how she will survive without me not being there to help her . I know we will lose the house and the business if go to prison for long time because no one would be able to make payments. My current health is good beside of my hypoglycemic which causes me to block out and my heart to race , I experienced that problem 2 years ago for the first time, and it has happened to me several times after that, I pray at night that everything would go good for me at my sentencing, I don't have any criminal history in my life besides this matter . And would never ever happen again  I'm on the right path now I will continue to be that way for the rest of my life

Thank you for taking the time to read

my letter                                    Sincerely

Senan Atou